## OSSENBERG v. UNITED STATES.

(Circuit Court of Appeals, Seventh Circuit. May 4, 1922.)

No. 2897.

1. Criminal law �köm510—Conviction may rest on uncorroborated testimony of accomplice.

That a conviction was on the uncorroborated testimony of an accomplice is not ground for reversal.

2. Criminal law �köm1159(2)—Weight of evidence is for the jury.

Where there is evidence to support a conviction, its weight is for the jury.

In Error to the District Court of the United States for the District of Indiana.

Criminal prosecution by the United States against Fred Ossenberg. Judgment of conviction, and defendant brings error. Affirmed.

James W. Noel, of Indianapolis, Ind., for plaintiff in error.

F. J. Mattice and Samuel E. Garrison, both of Indianapolis, Ind., for the United States.

⊙══For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

Before ALSCHULER, EVANS, and PAGE, Circuit Judges.

PAGE, Circuit Judge. [1] Plaintiff in error here urges that he was wrongfully convicted on the unsupported testimony of an accomplice. A careful examination of the record shows that there was corroboration; but, if there was not, that would not be ground for reversal. Caminetti v. United States, 242 U. S. 470, 495, 37 Sup. Ct. 192, 61 L. Ed. 442, L. R. A. 1917F, 502, Ann. Cas. 1917B, 1168; Richardson v. United States, 181 Fed. 1, 104 C. C. A. 69; Holmgren v. United States, 217 U. S. 509, 30 Sup. Ct. 588, 54 L. Ed. 861, 19 Ann. Cas. 778; Graboyes v. United States, 250 Fed. 793, 163 C. C. A. 125; Reeder v. United States (C. C. A.) 262 Fed. 36; United States v. Heitler (D. C.) 274 Fed. 401.

[2] There was evidence that would support a conviction. The weight of the evidence was for the jury. Applebaum v. United States (C. C. A.) 274 Fed. 43.

Judgment is affirmed.

⚮For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes